IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00732-MOC-DSC

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. AND HYUNDAI MOTOR COMPANY,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>DIRECT TECHNOLOGIES INTERNATIONAL, INC.,  )<br>)<br>Defendant.  ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Kenneth E. Keller and Christopher E. Stretch]" (documents ##14 and 15) filed March 1, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: March 1, 2018

David S. Cayer
United States Magistrate Judge