IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

_____

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 3:17-cv-732 |
| vs. | ) **JURY TRIAL DEMANDED** |
| DIRECT TECHNOLOGIES INTERNATIONAL, INC. d/b/a DTI, INC., | ) ) ) |
| Defendant. | ) ) |

_____ )

### DEFENDANT DIRECT TECHNOLOGIES INTERNATIONAL, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Direct Technologies International, Inc. ("DTI"), by and through their undersigned counsel, respectfully move to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Complaint [DE 1] filed by Plaintiffs Hyundai Motor America, Inc. ("Hyundai USA") and Hyundai Motor Company ("Hyundai International") (collectively, "Hyundai"). A Memorandum in support of this Motion is submitted herewith for the consideration by the Court.

Based on the foregoing, DTI respectfully moves this Court for an Order dismissing Hyundai's Complaint.

This the 8th day of March, 2018.

Respectfully submitted,

s/ Samuel A. Long, Jr.
W. Thad Adams, III (N.C. Bar No. 000020)
Samuel A. Long, Jr. (N.C. Bar No. 46588)
Kathryn A. Gromlovits (N.C. Bar No. 32700)
Christina Davidson Trimmer (N.C. Bar No. 44857)
SHUMAKER, LOOP & KENDRICK, LLP

101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280-0002
Tel:     (704) 375-0057
Fax:     (704) 332-1197
Email: tadams@slk-law.com
           along@slk-law.com
           kgromlovits@slk-law.com
           ctrimmer@slk-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically and electronically notify all counsel of record in this case.

s/ Samuel A. Long, Jr.
Samuel A. Long, Jr. (N.C. Bar No. 46588)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, NC 28280-0002
Tel:    (704) 375-0057
Fax:    (704) 332-1197
Email: along@slk-law.com