IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00732-MOC-DSC

HYUNDAI MOTOR AMERICA, INC. )
AND HYUNDAI MOTOR COMPANY, )
                            )
          Plaintiffs,        )
                            )
v.                          )        **ORDER**
                            )
DIRECT TECHNOLOGIES          )
INTERNATIONAL, INC.,         )
                            )
          Defendant.         )

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Vijay K. Toke]" (document # 26) filed December 21, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: April 18, 2018

David S. Cayer
United States Magistrate Judge