UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00732-MOC-DSC

| | | |
|---|---|---|
| **HYUNDAI MOTOR COMPANY** | ) | |
| **HYUNDAI MOTOR AMERICA, INC.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DIRECT TECHNOLOGIES INTERNATIONAL,** | ) | |
| **INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Dismiss for Failure to State a Claim on Which Relief Can be Granted Pursuant to Fed.R.Civ.P. 12(b)(6). Having considered defendant's motion, plaintiffs' Opposition (#23), and defendant's Reply (#28), and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss for Failure to State a Claim on Which Relief Can be Granted Pursuant to Fed.R.Civ.P. 12(b)(6) (#19) is **DENIED** without prejudice as to defendant reasserting its substantive argument at summary judgment after the close of discovery.

*The Court does note, as did defendant, that the Opposition is not accompanied by a Certificate of Service as required under L.Cv.R 5.3(c). While such is error, the Court will not*

*dismiss the Complaint, as defendant suggests in its Reply, as it is readily apparent from the NEF that defendant was electronically served with a copy.  Plaintiff shall, however, rectify the error by filing a Certificate of Service.*

Signed: April 26, 2018

Max O. Cogburn Jr.
United States District Judge