IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECT TECHNOLOGIES INTERNATIONAL, INC. d/b/a DTI, INC. <br><br> Defendants. | Civil Action No. 3:17-cv-732 <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT/COUNTERCLAIMANT DIRECT TECHNOLOGIES INTERNATIONAL, INC.'S MOTION TO SEAL**

Pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 6.1, Defendant/Counterclaimant Direct Technologies International, Inc. ("DTI") respectfully moves this Court for entry of an Order granting DTI authorization to file the following documents under seal: DTI's Memorandum in Support of Its Motion for Partial Summary Judgment on Its Counterclaims for False Advertising, Unfair Competition, and Unfair and Deceptive Trade Practices ("Memo") and Exhibits 2-5 to the Memo. DTI is filing concurrently herewith a redacted version of its Memo. DTI seeks to file these documents under seal because Hyundai Motor America, Inc., Hyundai Motor Company (collectively, "Hyundai") and DTI (collectively, the "Parties") have designated these documents "Confidential Business Information, Subject to Protective Order" pursuant to a Confidentiality Agreement and Protective Order in this matter, and therefore DTI maintains that they contain references to the Parties' sensitive, private, proprietary, and confidential information. The grounds for this Motion are more fully set forth in the DTI's Memorandum in Support of Its

1

Motion to Seal, filed contemporaneously herewith.

Pursuant to Local Rule 7.1(B), DTI conferred in good faith with counsel for Hyundai. Counsel for Hyundai has indicated that Hyundai will not oppose DTI's Motion to Seal.

This the 12th day of December, 2019.

>Respectfully submitted,
>
>s/Lucas D. Garber
>W. Thad Adams, III (N.C. Bar No. 000020)
>Samuel A. Long, Jr. (N.C. Bar No. 46588)
>Kathryn A. Gromlovits (N.C. Bar No. 32700)
>Christina Davidson Trimmer (N.C. Bar No. 44857)
>Lucas D. Garber (N.C. Bar No. 47756)
>SHUMAKER, LOOP & KENDRICK, LLP
>101 South Tryon St., Suite 2200
>Charlotte, North Carolina 28280-0002
>Tel: (704) 375-0057
>Fax: (704) 332-1197
>Email: tadams@shumaker.com
>along@shumaker.com
>kgromlovits@shumaker.com
>ctrimmer@shumaker.com
>lgarber@shumaker.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically and electronically notify all counsel of record in this case.

    s/Lucas D. Garber
Lucas D. Garber (N.C. Bar No. 47756)
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon St., Suite 2200
Charlotte, North Carolina 28280-0002
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: tadams@shumaker.com
       along@shumaker.com
       kgromlovits@shumaker.com
       ctrimmer@shumaker.com
       lgarber@shumaker.com

3

Case 3:17-cv-00732-MOC-DSC   Document 70   Filed 12/12/19   Page 3 of 3